# 𝔖taunton

## TOWN OF BLUEFIELD, A MUNICIPAL CORPORATION V. JOE B. LAWRENCE.

September 21, 1933.

Present, Campbell, C. J., and Holt, Epes, Hudgins, Gregory and Browning, JJ.

PER CURIAM.

Upon rehearing, September 20, 1934, the opinion was affirmed by equally divided court. No opinion. Former opinion (170 S. E. 577) withdrawn.

*Kenneth C. Patty,* for the plaintiff in error.

*N. Clarence Smith,* for the defendant in error.